[No. 13634–8–I.   Division One.   August 1, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN
C. HARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83–8–00556–8, Robert W. Winsor, J., entered
May 17, 1983. *Reversed* and *remanded* by unpublished
opinion per Williams, J., concurred in by Callow and Ring-
old, JJ.

[No. 6001–2–III.   Division Three.   August 2, 1984.]

THE CITY OF PASCO, *Respondent*, v. MARTINA
MAY CARPENTER, *Petitioner*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 4646, Albert J. Yencopal, J., entered
July 5, 1983. *Affirmed* by unpublished opinion per Green,
J., concurred in by Munson, C.J., and McInturff, J.

[Nos. 6222–8–III; 6164–7–III.   Division Three.   August 2, 1984.]

*In the Matter of the Personal Restraint of*
JAMES BUTTERFIELD, *Petitioner*.

Petitions for relief from personal restraint. *Dismissed* by
unpublished per curiam opinion.

[No. 14096–5–I.   Division One.   August 6, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN
LEE HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85134, William C. Goodloe, J., entered January
27, 1982. *Remanded* by unpublished opinion per Callow, J.,
concurred in by Corbett, A.C.J., and Williams, J.